```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION
```

**R & R PACKAGING, INC.**                                              **PLAINTIFF**

    v.    Civil No. 06-5175

**GAP ROOFING, INC.; and**
**OMEGA PACKAGING, INC.**                                              **DEFENDANTS**

### O R D E R

  Now on this 22nd day of August, 2007, come on for consideration **Defendant GAP Roofing, Inc.,s Motion For Leave To File Amended Counterclaim And Cross-Claim** (document #40) and **Defendant GAP Roofing, Inc.'s Combined Motion Without Prejudice To Dismiss Counterclaim And Cross-Claim For Loss Of Business And Motion To Withdraw Its Motion For Leave To File Amended Counterclaim And Cross-Claim** (document #46), and the Court, being well and sufficient advised, finds as follows:

  It is clear from the pending motions that the action desired by defendant GAP Roofing, Inc. ("GAP") is the dismissal of claims for loss of business it has asserted against plaintiff R&R Packaging, Inc., and defendant Omega Packaging, Inc.  While GAP asks for leave to amend its Counterclaim And Cross-Claim in order to accomplish this dismissal, there is no reason for amendment.  The Court will, therefore, grant the requested dismissal and deny the requested leave to amend.

  **IT IS THEREFORE ORDERED** that **Defendant GAP Roofing, Inc.,s Motion For Leave To File Amended Counterclaim And Cross-Claim**

(document #40) is **denied**.

**IT IS FURTHER ORDERED** that **Defendant GAP Roofing, Inc.'s Combined Motion Without Prejudice To Dismiss Counterclaim And Cross-Claim For Loss Of Business And Motion To Withdraw Its Motion For Leave To File Amended Counterclaim And Cross-Claim** (document #46) is **granted in part and denied in part**.

The motion is **granted** insofar as it seeks dismissal of GAP's Sixth Claim for Relief against R&R Packaging, Inc., and its Sixth Claim for Relief against Omega Packaging, Inc., both claims relating to loss of business allegedly sustained by GAP, and these claims are hereby **dismissed without prejudice**.

The motion is **denied** in all other respects.

**IT IS SO ORDERED.**

                                                **/s/ Jimm Larry Hendren**
                                                **JIMM LARRY HENDREN**
                                                **UNITED STATES DISTRICT JUDGE**