IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**R & R PACKAGING, INC.**                                                                 PLAINTIFF

      v.            Civil No. 06-5175

**GAP ROOFING, INC.; and
OMEGA PACKAGING, INC.**                                                                   DEFENDANTS

## AMENDED AND SUBSTITUTED ORDER OF DISMISSAL

Now on this 7th day of November, 2007, the Court, based upon the parties' **Joint Stipulation Of Dismissal With Prejudice** (document #81), hereby **dismisses** all claims of all parties in this matter, *nunc pro tunc* November 2, 2007.

**IT IS SO ORDERED.**

                                              /s/ Jimm Larry Hendren
                                              **JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE**